VIRGINIA:

IN THE CIRCUIT COURT FOR FAIRFAX COUNTY

| | |
|---|---|
| MARY MEHAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: CL18-0639 |
| ) | |
| THE TJX COMPANIES, INC., d/b/a ) | |
| "Marshalls", ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF FILING OF NOTICE OF REMOVAL

PLEASE TAKE notice that on January 28, 2019 Defendant The TJX Companies, Inc., filed a notice of removal, copies of which are attached, of the above-entitled action to the United States District Court for the Eastern District of Virginia, Alexandria Division.

You are also advised that defendant, on filing such notice of removal in the office of the Clerk of the United States District Court for the Eastern District of Virginia, Alexandria Division, also filed copies of it with the Clerk of Circuit Court for the City of Alexandria to effect removal pursuant to 28 U.S.C. § 1446(e).

Dated: January 28, 2019    **BONNER KIERNAN TREBACH & CROCIATA, LLP**

_____
Heather S. Deane, Esquire
Virginia bar number: 41895
Counsel for Defendant TJX Companies, Inc.
Bonner Kiernan Trebach & Crociata, LLP
1233 20th Street, N.W., Suite 800
Washington, DC 20036
Telephone (202) 712-7000
Facsimile (202) 712-7100
hdeane@bonnerkiernan.com


EXHIBIT A

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I caused a copy of the foregoing *Notice of Filing of Notice of Removal*, this 28th day of January, 2019, to be served, via first class mail, postage prepaid, on:

>Philip O'Beirne, Esquire
>Richard A. Bussey, Esquire
>Stein, Mitchell, Cipollone, Beato & Missner, LLP
>901 15th Street, N.W.
>Suite 700
>Washington, D.C. 20005
>202-661-0900
>pobeirne@steinmitchell.com
>Counsel for Plaintiff

_____
Heather S. Deane

261996

JS 44 (Rev. 07/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Mary Mehan
20884 Royal Villa Terrace, Potomac Falls, Virginia 20165

**(b)** County of Residence of First Listed Plaintiff  Loudoun County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*  202-661-0900
Philip O'Bierne, VSB No. 71956 Richad A. Bussey, VSB No. 19631
1100 Connecticut Ave., N.W., Ste 1100, Washington, DC 20036

## DEFENDANTS
The TJX Companies, Inc. d/b/a "Marshalls" c/o CT Corporation System 4701 Cox Rd., Suite 285, Glen Allen, VA 23060

County of Residence of First Listed Defendant  Henrico County
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Heather S. Deane, VSB 41895 (202-712-7000)
1233 20th Street, N.W., Suite 800, Washington, DC 20036

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights ☐ 830 Patent ☐ 840 Trademark | ☐ 430 Banks and Banking ☐ 450 Commerce ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 863 DIWC/DIWW (405(g)) ☐ 864 SSID Title XVI | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | | ☐ 891 Agricultural Acts |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | | ☐ 893 Environmental Matters ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other ☐ 550 Civil Rights ☐ 555 Prison Condition ☐ 560 Civil Detainee - Conditions of Confinement | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC §1446(e)
Brief description of cause:
Plaintiff fell over store display

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 500,000
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE  1-28-19
SIGNATURE OF ATTORNEY OF RECORD  /s/

**FOR OFFICE USE ONLY**

RECEIPT #  AMOUNT  APPLYING IFP  JUDGE  MAG. JUDGE

JS 44 Reverse (Rev. 07/16)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

   **(b) County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

   **(c) Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II. Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III. Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV. Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerk(s) in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V. Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI. Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII. Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII. Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| MARY MEHAN, <br><br> Plaintiff, <br><br> v. <br><br> THE TJX COMPANIES, INC., d/b/a "Marshalls", <br><br> Defendant. | Case No.: 1:19-cv-00102 |

**NOTICE OF REMOVAL**

**PLEASE TAKE** notice that on January 28, 2019, Defendant the TJX Companies, Inc., filed a notice of removal, copies of which are attached, of the above-entitled action to the United States District Court for the Eastern District of Virginia, Alexandria Division.

You are also advised that defendant, on filing such notice of removal in the office of the Clerk of the United States District Court for the Eastern District of Virginia, Alexandria Division, also filed copies of it with the Clerk of Circuit Court for Fairfax County to effect removal pursuant to 28 U.S.C. § 1446(e). This Notice of Removal is signed and filed pursuant to Fed. R. Civ. P. Rule 11.

261996

Dated: January 28, 2019      **BONNER KIERNAN TREBACH & CROCIATA, LLP**

/s/ *Heather S. Deane*
_____
Heather S. Deane, Esquire
Virginia bar number: 41895
Counsel for Defendant TJX Companies, Inc.
Bonner Kiernan Trebach & Crociata, LLP
1233 20th Street, N.W., Suite 800
Washington, DC 20036
Telephone (202) 712-7000
Facsimile (202) 712-7100
hdeane@bonnerkiernan.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Removal was mailed first-class, postage prepaid, this 28th day of January 2019 to:

Philip O'Beirne, Esquire
Richard A. Bussey, Esquire
Stein, Mitchell, Cipollone, Beato & Missner, LLP
901 15th Street, N.W.
Suite 700
Washington, D.C. 20005
202-661-0900
pobeirne@steinmitchell.com
Counsel for Plaintiff

/s/ *Heather S. Deane*
_____
Heather S. Deane, Esquire
Virginia bar number: 41895
Counsel for Defendant TJX Companies, Inc.
Bonner Kiernan Trebach & Crociata, LLP
1233 20th Street, N.W., Suite 800
Washington, DC 20036
Telephone (202) 712-7000
Facsimile (202) 712-7100
hdeane@bonnerkiernan.com

261996

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| MARY MEHAN, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No.: 1:19-cv-00102<br>) |
| THE TJX COMPANIES, INC., d/b/a "Marshalls", | )<br>)<br>) |
| Defendant. | )<br>) |

**PETITION FOR REMOVAL**

NOW COMES Petitioner, the TJX Companies, Inc., (hereinafter "TJX" or "Defendant"), by and through its attorneys, Bonner Kiernan Trebach & Crociata, LLP, and states as follows:

1. Petitioner is the Defendant in the captioned litigation.

2. This action was instituted by Plaintiff against the Defendant by the filing of the Complaint on the 16th day of January, 2018, and the action is now pending in the Circuit Court of Virginia for Fairfax County, At Law Number: CL18-14271. Defendant was served with the Complaint on January 15, 2019.

3. At the time of the commencement of the action, the Plaintiff was a citizen of the Commonwealth of Virginia. *See Complaint*.

4. At the time of the commencement of the action Defendant TJX Companies, Inc. was and is a corporation organized and incorporated under the laws of the State of Delaware, with its principal place of business located in the State of Massachusetts.

261996

5. The amount sued for by Plaintiff is in excess of seventy-five thousand dollars USD ($75,000.00) in that Plaintiff seeks "the sum of Five Hundred Thousand Dollars ($500,000.00)." *See Complaint* ¶ 5, attached hereto as Exhibit 1.

6. This civil action involves a dispute between parties of diverse jurisdictions and is subject to the original jurisdiction of the District Court of the United States pursuant to 28 U.S.C. §§ 1332 and 1441.

7. Petitioners file herewith the Complaint filed by Plaintiff as part of this Petition.

WHEREFORE, Petitioner prays this case be removed to the United States District Court for the Eastern District of Virginia, Alexandria Division.

Dated: January 28, 2019    **BONNER KIERNAN TREBACH & CROCIATA, LLP**

*/s/ Heather S. Deane*
───────────────────────────
Heather S. Deane, Esquire
Virginia bar number: 41895
Attorney for The TJX Companies, Inc.
Bonner Kiernan Trebach & Crociata, LLP
1233 20th Street, N.W., Suite 800
Washington, DC 20036
Telephone (202) 712-7000
Facsimile (202) 712-7100
hdeane@bonnerkiernan.com

261996

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Petition for Removal was mailed first-class, postage prepaid, this 28th day of January 2019 to:

>Philip O'Beirne, Esquire
>Richard A. Bussey, Esquire
>Stein, Mitchell, Cipollone, Beato & Missner, LLP
>901 15th Street, N.W.
>Suite 700
>Washington, D.C. 20005
>202-661-0900
>pobeirne@steinmitchell.com
>Counsel for Plaintiff

>/s/ Heather S. Deane
>_____
>Heather S. Deane, Esquire
>Virginia bar number: 41895
>Counsel for Defendant TJX Companies, Inc.
>Bonner Kiernan Trebach & Crociata, LLP
>1233 20th Street, N.W., Suite 800
>Washington, DC 20036
>Telephone (202) 712-7000
>Facsimile (202) 712-7100
>hdeane@bonnerkiernan.com

261996

VIRGINIA:

IN THE CIRCUIT COURT FOR FAIRFAX COUNTY

MARY MEHAN )
20884 Royal Villa Terrace )
Potomac Falls, Virginia 20165 )
　)
    Plaintiff, )     **2018    0639**
　)
v. ) Civil Case No.
　)
THE TJX COMPANIES, INC. ) JURY TRIAL DEMANDED
DBA "MARSHALLS" )
770 Cochituate Rd )
Framingham MA 01701 )
　)
SERVE: )
    CT Corporation System )
    4701 Cox Road, Suite 285 )
    Glen Allen VA 23060 )
　)
    Defendant. )

*FILED*
*2018 JAN 16 PH 12:01*
*CIVIL INTAKE*
*JOHN T. FREY*
*CLERK, CIRCUIT COURT*
*FAIRFAX, VA*

TO THE HONORABLE JUDGES OF THE CIRCUIT COURT FOR THE COUNTY OF FAIRFAX:

### COMPLAINT

    The plaintiff, by counsel, moves the Court for judgment against the defendant on the grounds and in the amount as hereinafter set forth:

    1.    Mary Mehan, on January 15, 2016, exercising due care for her own safety, was a customer shopping at the Marshalls store located at 8353 Leesburg Pike, Vienna, VA 22182 (hereinafter "the store"), when she was caused to fall due to the unsafe condition of a display in the store, severely injuring herself.

    2.    At all times relevant hereto, defendant The TJX Companies Inc. (dba "Marshalls") owned, operated and managed the store, and was under a duty to exercise

1



reasonable care to maintain the store premises, including all merchandise displays, in a reasonably safe condition for customers of the store, including plaintiff Mary Mehan.

3. Plaintiff Mary Mehan's fall was the direct and proximate result of the negligence of the defendant which, acting by and through its agents and employees, breached its duty to maintain the premises in a reasonably safe condition for customers of the store. Such negligence included, but was not limited to: the negligent, careless, and improper maintenance of store displays creating an unsafe and dangerous condition; the failure to ensure displays were a safe height from the floor; leaving an empty display platform at the end-cap on the store floor and not properly warning store patrons of it; the failure to ensure that all displays contrast clearly in color with the surrounding floor; the failure to warn, post signs or otherwise provide notice of the unsafe and dangerous condition of the displays; the failure to remedy the unsafe and dangerous condition of the displays; and the failure to take precautions against the creation of the unsafe and dangerous condition. As a result of the negligence of the defendant, as aforesaid, the area where plaintiff Mary Mehan fell was unreasonably dangerous to her.

4. As a direct and proximate result of the defendant's negligence, as aforesaid, plaintiff Mary Mehan was caused to sustain serious and permanent injuries to mind and body, including but not limited to injuries to her shoulder, head, back, and tailbone; has suffered and will continue to suffer great pain of body and mind; has sustained permanent disability and deformity; has incurred and will incur in the future hospital, doctors' and related bills in an effort to be cured of said injuries; and has been prevented from engaging in her usual occupations and pursuits.

2

5.  WHEREFORE, plaintiff Mary Mehan demands judgment against defendant The TJX Companies Inc. in the sum of $500,000, and her costs in this behalf expended.

MARY MEHAN

By Counsel

*[signature]*

Philip O'Beirne, VSB No. 71956
Richard A. Bussey – VSB No. 19631
Stein, Mitchell, Cipollone, Beato & Missner LLP
1100 Connecticut Ave, NW, Suite 1100
Washington, DC 20036
(P) 202-661-0900
(F) 202-296-8312
Email: pobeirne@steinmitchell.com
*Counsel for Plaintiffs*

## JURY DEMAND

Plaintiff demands a trial by jury of all issues.

*[signature]*

Philip O'Beirne, VSB No. 71956

3

SPS

**COMMONWEALTH OF VIRGINIA**
**CIRCUIT COURT OF FAIRFAX COUNTY**
**4110 CHAIN BRIDGE ROAD**
**FAIRFAX, VIRGINIA 22030**
**703-691-7320**
**(Press 3, Press 1)**

Mary Mehan vs. TJX Companies Inc, The

CL-2018-0000639

TO: TJX Companies Inc, The
d/b.a Marshalls
Serve: CT Corporation System
4701 Cox Road Suite 285
Glen Allen VA 23060

**SUMMONS – CIVIL ACTION**

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the Clerk's office of this Court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment or decree against such party either by default or after hearing evidence.

**APPEARANCE IN PERSON IS NOT REQUIRED BY THIS SUMMONS.**

Done in the name of the Commonwealth of Virginia, on January 9, 2019.

JOHN T. FREY, CLERK
By: _____
Deputy Clerk

Plaintiff's Attorney: Philip O'Beirne


# CT Corporation

**Service of Process Transmittal**
01/11/2019
CT Log Number 534714388



JAN 14 2019

**TO:** Debra David, Paralegal
The TJX Companies, Inc.
770 Cochituate Rd
Framingham, MA 01701-4666

**RE:** Process Served in Virginia

**FOR:** The TJX Companies, Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | MARY MEHAN, PLTF. vs. THE TJX COMPANIES, INC., DFT. |
| **DOCUMENT(S) SERVED:** | PROOF, SUMMONS, COMPLAINT, NOTICE, CERTIFICATE |
| **COURT/AGENCY:** | Fairfax County Circuit Court, VA<br>Case # CL20180000639 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - On 01/15/2016 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Glen Allen, VA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 01/11/2019 at 11:56 |
| **JURISDICTION SERVED:** | Virginia |
| **APPEARANCE OR ANSWER DUE:** | Within 21 days after such service |
| **ATTORNEY(S) / SENDER(S):** | Philip O'Beirne<br>Stein, Mitchell, Cipollone, Beato & Missner LLP<br>1100 Connecticut Ave, NW, Suite 1100<br>Washington, DC 20036<br>202-661-0900 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 01/11/2019, Expected Purge Date: 01/16/2019<br><br>Image SOP<br><br>Email Notification, Debra David debra_david@tjx.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 4701 Cox Road<br>Suite 285<br>Glen Allen, VA 23060 |
| **TELEPHONE:** | 804-217-7255 |

Scanned 01.15.19
CL96140 3.14467

MO39    01.15.16

File set up

Page 1 of 1 / SV

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

SPS

**VIRGINIA:**

IN THE CIRCUIT COURT OF FAIRFAX COUNTY

PROOF OF SERVICE

Mary Mehan
    Plaintiff
VS

TJX Companies Inc, The
    Defendant

CL-2018-0000639
Subtype: Summons & Complaint
Serve: TJX Companies Inc, The

STATE OF _____

CITY/COUNTY OF _____, to wit:

    This day _____ personally appeared before the undersigned Notary Public in and for the City/County and State aforesaid, and, having been first duly sworn according to law, deposes and states as follows: that he/she is not a party to, or otherwise interested in, the subject matter in controversy in the within cause, that he/she is over the age of 18 years; that on the _____ day of _____, 20___, at _____ o'clock ____.m. he/she served the within Complaint, in person, on the Defendant _____ at _____

_____ and the Defendant is / is not a resident of the State of Virginia.

                                                    AFFIANT              TITLE

Subscribed and sworn to before me in my City/County and State aforesaid, this _____ day of _____, 20_____.

                                                  Notary ID #: _____

         NOTARY PUBLIC             My Commission expires:_____

