IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| MARY MEHAN,<br>           Plaintiff,<br>V.<br>THE TJX COMPANIES, INC.,<br>           Defendant. | Civil Action No. 1:19CV102 |

### ORDER

It appearing to the Court that the Plaintiff and the Defendant in this matter represented to the Court on April 17, 2019 that this case has been settled as to all issues, it is hereby

ORDERED that this case is DISMISSED.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
June 22, 2020